**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Agility International
Logistics, Inc.

v.                                                          CA No. 08-389S

International Sourcing and
Marketing, Ltd.

### ORDER

Pursuant to a conference held on March 20th, 2009 before this Court, the parties shall proceed as follows: Plaintiff shall file its Amended Complaint forthwith and Defendant shall Answer. Following the filing of Defendant's Answer to the Amended Complaint, Plaintiff may file its Motion for Summary Judgment; Defendant shall have the standard period of time to respond to that motion. Plaintiff will then have five days from the filing of Defendant's Response to file a Reply Memorandum in Support of their Motion for Summary Judgment.

By Order:

_____
Deputy Clerk

ENTER:

_____
William E. Smith,
U.S. District Judge
Date: 3/23/09